UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

HECTOR ANGEL
on behalf of himself and all
others similarly situated,

       Plaintiff,                                  Case No.: 19-cv-420

       v.

J & L FIBER SERVICES, INC.

       Defendant

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

---

Plaintiff, Hector Angel, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed without prejudice and without costs to either party.

Dated: May 8, 2019        By: *s/ Scott S. Luzi*
                                       Scott S. Luzi, SBN 1067405
                                       Walcheske & Luzi, LLC
                                       15850 W. Bluemound Road, Suite 304
                                       Brookfield, Wisconsin 53005
                                       Telephone: (262) 780-1953
                                       Email: sluzi@walcheskeluzi.com

                                       *Attorneys for Plaintiff*